Opinion filed February 5, 1934. Rehearing denied February 19, 1934.

Cutting, Moore & Sidley and William P. Sidley, for appellant; Edward D. McDougal, Jr., James F. Oates, Jr., and George Ragland, Jr., of counsel. Trude & Kahane, for appellee Northern Trust Co. Wilson & McIlvaine, for appellee New York Hospital. Butz, Von Ammon & Marx, for appellees Bernice E. Sutherland and Caroline Van Lennep. Thomas J. Peden, for appellee Grover M. Hermann.

Mr. Justice McSurely delivered the opinion of the court.

Richard L. Williams, defendant in error, v. Foreman-State Trust and Savings Bank, executor of the estate of Lucas R. Williams, deceased, plaintiff in error. Gen. No. 36,965.

Opinion filed February 5, 1934. Rehearing denied February 19, 1934.

Nicholson, Snyder, Chadwell & Fagerburg, for plaintiff in error; John R. Nicholson and Russell Greenacre, of counsel. Warren Pease, for defendant in error; J. Arthur Johnson, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

Cline C. Brosius for the use of Charles W. Lamborn and Charles E. Heckler, appellee, v. John P. Stephany, appellant. Gen. No. 37,041.

Opinion filed February 5, 1934.

Seymour N. Cohen, for appellant. Charles W. Lamborn, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

The Gomberg Company, appellee, v. Julius M. Kahn, appellant. Gen. No. 37,082.

Opinion filed February 5, 1934.

Bernstein, Zolla & Bernstein, for appellant; Ralph M. Schwartzberg, of counsel. Harry P. Bovshow, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

F. A. Bosco, appellee, v. Maciej Noga and Stanley Noga, appellants. Gen. No. 37,091.